FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 28 2015

JAMES W. McCORMACK, CLERK
By: Brown
DEP CLERK

**IN THE CIRCUIT COURT OF ~~Jefferson~~ Pulaski (JJ) COUNTY, ARKANSAS**

**Civil DIVISION**

Jeffery Jackson **PETITIONER**

**VS.** **NO.** 4:15-CV-302 DPM/JTR

John Felts, Chairman et Al, **RESPONDENT**

**PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Petitioner, Jeffery Jackson, proceeding pro se, requests this Court to grant him leave to file the attached Declaratory Judgment & Mandamus and to proceed *in forma pauperis* for the following reasons:

. That Petitioner, a resident of the State of Arkansas, has prepared and desires to file with the court a Declaratory Judgment & Writ of Mandamus.

. That Petitioner is indigent and unable to pay court costs or fees connected with this proceeding or to give security therefore. (An Affidavit in Support of Request to proceed *In Forma Pauperis* is attached.)

. Petitioner believes that he/she in entitled to relief and such petition is not brought for a frivolous or malicious purpose.

WHEREFORE, Petitioner prays that he be permitted to prosecute his Declaratory Judgment & writ of Mandamus in forma pauperis and that he may have the necessary writs and processes without payment of fees or costs for the same.

PETITIONER, *pro se*,
ADC # 138736
Wrightsville Unit
Arkansas Department of Correction
P.O. Box 1000
Wrightsville, AR 72183

Pulaski (JJ)

IN THE CIRCUIT COURT OF ~~Jefferson~~ COUNTY, ARKANSAS

RECEIVED
2015 MAY 28 AM 9:57
JAMES ...
BY: ______

Civil DIVISION

Jeffery Jackson Petitioner ~~PLAINTIFF~~

VS. NO. ______________

John Felts, Chairman Respondent(s) ~~DEFENDANT~~
et al,

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 28 2015
JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

**AFFIDAVIT IN SUPPORT OF**
**REQUEST TO PROCEED *IN FORMA PAUPERIS***

I, Jeffery Jackson, being first duly sworn, depose and say that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress

I further swear that the responses which I have made to questions below are true.

. Are you presently employed? Yes ____ No ✓

(a) If the answer is yes, state the amount of your salary of wages per month, and give the name and address of your employer.

(b) If the answer is no, state the date of last employment and amount of salary and wages per month which you received.

2. Have you received, within the past twelve months any money from any of the following sources?

(a) Business, profession or any form of self-employment? Yes ____ No ✓

(b) Rent payments, interest or dividends? Yes ____ No ✓

(c) Pensions, annuities or life insurance payments? Yes ____ No ✓

(d) Gifts or inheritances? Yes ✓ No ____

(e) Any other sources? Yes ____ No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. family (Mother & Cousin) for approximately $135.00

3. Do you own any cash, or do you have any money in a checking or savings account?

Yes ____ No ✓

If the answer is yes, state the total amount in each account. ______________________

______________________________________________________________________________

______________________________________________________________________________

. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____ No ____

If the answer is yes, describe the property and state its approximate value. ___________

______________________________________________________________________________

5. List the persons who are dependent upon you for support. State your relationship to those persons, and indicate how much you contribute toward their support.

N/A

______________________________________________________________________________

6. TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

Do you have any funds in the inmate welfare fund? Yes ____ No ✓

State the total amount in such account and have the certificate found below completed by the authorized officer of the institution.

______________________________________________________________________________

I understand that a false statement of answer to any questions in this affidavit will subject me to penalties for perjury.

[signature]
Signature of Petitioner

**STATE OF ARKANSAS**

**COUNTY OF** Pulaski

Petitioner, ______________________________, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the Information therein is true and correct

SUBSCRIBED AND SWORN TO BEFORE ME this 23 day of May, 20 15

Carolyn J Ragland
Notary Public

My Commission Expires: 6/20/2021

CAROLYN J. RAGLAND
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 06-20-2021
Commission # 12383220

**CERTIFICATE**

I hereby certify that the Petitioner herein, Jackson, Jeffrey, has the sum of $ 0 on account to his credit at the Wrightsville unit where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said Wrightsville institution: P.O. Box 1000 Wrightsville, AR 72183.

W. Baker
Authorized Officer of Institution

**CERTIFICATE OF SERVICE**

This is to certify that on this 24 day of May, 2015, a copy of the foregoing ~~motion~~ Petition (J.J.) was mailed to the ~~Prosecuting Attorney~~ Clerk (J.J.) for Pulaski County, Arkansas by United States mail, postage prepaid.

Petitioner (J.J.)
~~DEFENDANT~~
ADC # Jeffery Jackson #138736
J. Jackson #138736

**IN THE CIRCUIT COURT OF** Pulaski **COUNTY, ARKANSAS**

Civil **DIVISION**

Jeffery Jackson

~~**PLAINTIFF**~~ Petitioner

**VS.** **NO.**______________

John Felts, Chairman et Al,

Respondent(s) **DEFENDANT**

**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**

On this day comes to be heard the petition of ________________________ prays that he/she be permitted to prosecute his/her action in forma pauperis. The Court being satisfied of the truth of the facts alleged and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That _____________________ be authorized and permitted to prosecute his/her action against __________________________ in forma pauperis.
2. That the Clerk of this Court shall receive and file any necessary forms or pleadings incident to Plaintiff's action without requiring the payment of fees or costs
3. That the sheriffs of the several counties of the State of Arkansas shall service writs or processes incident to Plaintiff's action without requiring the payment of fees or costs
4. That no other office shall require of the Plaintiff any fees or costs incident to Plaintiff's action.

______________________________________
JUDGE

______________________________________
DATE