IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY JACKSON,
ADC #138736                                                                PLAINTIFF

v.                              No. 4:15-cv-302-DPM

JOHN FELT, Chairman; RICHARD
BROWN, Vice Chairman; DAWNE B.
VANDIVE, Secretary; DENNIS YOUNG,
Commissioner; ABRAHAM CARPENTER, JR.,
Commissioner; RICHARD MAYS,
Commissioner; and JIMMY WALLACE,
Commissioner, all in their official capacities        DEFENDANTS

JUDGMENT

Jackson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2015