IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY JACKSON,
ADC #138736                                                                      PLAINTIFF

v.                          No. 4:15-cv-302-DPM

JOHN FELT, Chairman; RICHARD BROWN,
Vice Chairman; DAWNE B. VANDIVE, Secretary;
DENNIS YOUNG, Commissioner; ABRAHAM
CARPENTER, JR., Commissioner; RICHARD MAYS,
Commissioner; and JIMMY WALLACE, Commissioner,
all in their official capacities                                                 DEFENDANTS

ORDER

Jackson hasn't confirmed his address or his intent to proceed with this lawsuit; and the time to do so has passed. № 9 at 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2015