IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY JACKSON,
ADC #138736                                                                              PLAINTIFF

v.                                       No. 4:15-cv-302-DPM

JOHN FELT, Chairman; RICHARD BROWN,
Vice Chairman; DAWNE B. VANDIVE, Secretary;
DENNIS YOUNG, Commissioner; ABRAHAM
CARPENTER, JR., Commissioner; RICHARD MAYS,
Commissioner; and JIMMY WALLACE, Commissioner,
all in their official capacities                                                         DEFENDANTS

JUDGMENT

Jackson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2015